IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 5:19-CR-25 |
| v. | § | JUDGE RWS/CMC |
| | § | |
| PHILIP LAMB (01) | § | |
| NICOLAS ARROYO (02) | § | |
| VINCENT MARCHETTI, JR. (03) | § | |
| WILLIAM FLOWERS (04) | § | |
| STEVEN DONOFRIO (05) | § | |
| JAMES J. WALKER, JR. (06) | § | |
| a/k/a JIMMY WALKER | § | |
| TIMOTHY ARMSTRONG (07) | § | |
| VIRGINIA BLAKE HERRIN (08) | § | |
| PATRICK RIDGEWAY (09) | § | |
| CHISMERE MALLARD (10) | § | |
| RAY W. NG (11) | § | |
| ASHLEY KRETZSCHMAR (12) | § | |

**ORDER ON MOTION OF THE UNITED STATES
TO UNSEAL INDICTMENT**

On this day came on for consideration the Motion of the United States to Unseal the indictment and the matter, and it appearing to the Court that the same should be granted,

IT IS ORDERED that the indictment and the matter in this cause and the Motion of the United States to Unseal the Indictment, be, and they are hereby, ordered unsealed.

**SIGNED this 8th day of January, 2020.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE